ated in order. Order filed. See, also, 143 pp. Div. 311, 128 N. Y. Supp. 501.

WETZLAR v. WOOD et al. (Supreme ourt, Appellate Division, First Department. ctober 18, 1912.) Action by Julius G. Wetzr against Catherine S. Wood and others. No inion. Motion to dismiss appeal granted, ith $10 costs, unless appellants comply with rms stated in order. Order filed. See, also, 43 App. Div. 311, 128 N. Y. Supp. 501.

WHITE, Respondent, v. WHITE, Appelnt. (Supreme Court, Appellate Division, econd Department. October 11, 1912.) Acon by Mary E. White against William W. White.
PER CURIAM. Motion for stay pending e hearing and decision of the appeal from e order herein granted, except as to the proeedings to obtain counsel fee and expenses pon such appeal. The temporary stay is modied in this respect. The order to be entered erein to be without prejudice to an applicaion to vacate the stay, if the appeal is not iligently prosecuted.

In re WHITTEN. (Supreme Court, Appelate Division, Second Department. October 18, 912.) In the matter of the application of Robert C. Whitten, for a writ of certiorari, tc. No opinion. Motion to resettle order, nd for leave to appeal to the Court of Apeals, denied, without costs. See, also, 137 N. Y. Supp. 360.

WHITTEN, Appellant, v. GAYNOR, Repondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Acion by Robert C. Whitten against William J. Gaynor, etc. No opinion. Motion for injunction pendente lite. Motion to resettle order, and for leave to appeal to the Court of Appeals, denied. See, also, 137 N. Y. Supp. 360.

WHITTEN, Appellant, v. GAYNOR, Repondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Robert C. Whitten against William J. Gaynor, etc. No opinion. Mandamus proceeding. Motion to resettle order granted. This being a final order in a special proceeding, no permission to appeal to the Court of Appeals is required. See, also, 137 N. Y. Supp. 360.

WICKHAM, Respondent, v. HAWLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by William H. Wickham against Bert Hawley and John W. Travis, partners, etc. No opinion. Judgment and order affirmed, with costs.

WIDMER, Respondent, v. STOUTENBURGH, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Oscar R. Widmer against William O. Stoutenburgh. No opinion. Judgment and order of the County Court of Dutchess County unanimously affirmed, with costs.

WIENER, Respondent, v. HOME TITLE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Max Wiener against the Home Title Insurance Company. C. W. Atwater, of New York City, for appellant. A. P. Wilkes, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WIGHTMAN et al. v. COTTRELL et al. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Henry H. Wightman and another against Delano A. Cottrell and another. No opinion. Reargument ordered to be heard at November term, it appearing that there were not four Justices qualified to hear the cause.

WILKENS et al. v. AMERICAN BANK OF TORREON, S. A., Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by John A. Wilkens and another against the American Bank of Torreon, S. A. G. T. Hogg, of New York City, for appellant. M. Mackenzie, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 129 App. Div. 911, 114 N. Y. Supp. 1150; 133 App. Div. 646, 118 N. Y. Supp. 210.

In re WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) In the matter of the judicial settlement of the accounts of Alice D. Williams and William R. Peters, as executors of William Williams, deceased. No opinion. Motion to amend decision (136 N. Y. Supp. 707) denied. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 118 N. Y. Supp. 562.

WILLIAMS v. LINDEMANN et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Mary A. Williams against Katherine Lindemann, individually, etc., and others.
PER CURIAM. Motion denied, on condition that the appellants pay $10 costs, perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

WILSON et al., Respondents, v. BRACKEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Proceeding by Arthur Wilson and another